IN THE UNITED STATES DISCTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

DARLENE MARSHALL,              )
                              )
                Plaintiff,     )
                              )
v.                            )        Case No. CIV-14-571-D
                              )
EISAI INC.,                   )
                              )
                Defendant.     )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW both parties in the above-styled action and pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action, with all parties to bear their own

costs, with prejudice to the further filing thereof.

Respectfully submitted,

/s/ Scott Brockman, OBA #19416        /s/Jo Anne Deaton, OBA #5938

Scott Brockman, OBA #19416            Jo Anne Deaton, OBA #5938
Ward & Glass                          *(signed by filing attorney with permission*
1821 E. Imhoff Road, Suite 102        *of Defendant's attorneys)*
Norman, OK 73071                      Denelda L. Richardson, OBA #20103
Phone (405) 360-9700                  RHODES, HIERONYMUS, JONES,
Facsimile (405) 360-7902              TUCKER & GABLE, P.L.L.C.
scott@wardglasslaw.com                P.O. Box 21100
***Attorney for Plaintiff,***         Tulsa, Oklahoma 74121-1100
***Darlene Marshall***                Phone (918) 582-1173
                                      Facsimile (918) 592-3390
                                      jdeaton@rhodesokla.com
                                      drichardson@rhodesokla.com
                                      ***Attorneys for Defendant,***
                                      ***Eisai Inc.***

1

## **CERTIFICATE OF SERVICE**

I certify that on June 19, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jo Anne Deaton
Denelda Richardson
***Attorneys for Defendant***

/s/Scott Brockman
Scott Brockman